## (November 3, 1960)

■ AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. SANITARY SLEEP PRODUCTS CORP. et al., Appellants.— Motion by respondent to dismiss the appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the December 1960 Term, beginning November 28, 1960. The appeal is ordered on for said term. The record and appellants' brief must be served and filed on or before November 16, 1960. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ LOUIS BLUMENTHAL et al., Copartners Doing Business as HUDSON COLD COMPANY, Respondents, v. ALPINE SYRUP & FOUNTAIN SUPPLY CO., INC., Appellant.— On call of the calendar, there being no appearance by appellant and no record having been filed, respondents' motion to dismiss appeal is granted, without costs, and appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ALBERT BRENT, as Chairman of the Citizens Planning Council of Huntington, et al., Appellants, v. PAUL H. HOCH, as Commissioner of Mental Hygiene of the State of New York, Respondent.— Motion by appellants to stay respondent's determination to acquire certain lands and premises, pending appeal, denied, without costs. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ MORRIS WEISS, Respondent, v. HARRY ZUCKER, Appellant.— Motion by appellant for a stay of all proceedings in the action, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered on for said term. The record and appellant's brief must be served and filed on or before November 18, 1960. Appellant's time to answer the complaint is extended until 10 days after the entry of the order determining the appeal. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.